UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

Plaintiff,

v.

RK INVESTMENT PROPERTIES, INC.,

Defendant.

Case No. 18-cv-01132-KAW

**SECOND ORDER TO SHOW CAUSE**

On November 16, 2018, Plaintiff filed a motion for default judgment. (Dkt. No. 12.) On November 19, 2018, the Court issued an order stating that if Defendant failed to file an opposition by the deadline under Civil Local Rule 7, Plaintiff was to file and e-mail a proposed order by the reply deadline. (Dkt. No. 15.) The proposed order was to be structured as outlined in Attachment A to the November 19, 2018 order, and "include all relevant legal authority and analysis necessary to establish the case." (*Id.*)

As no opposition was filed, Plaintiff's proposed order was due by December 7, 2018. Plaintiff did not, however, submit the proposed order or provide a chambers copy of the motion for default judgment. On December 12, 2018, the Court again ordered Plaintiff to file the proposed order and to provide a chambers copy of the motion for default judgment by December 18, 2018. (Dkt. No. 16.) Plaintiff again failed to comply with the Court's order, and on December 19, 2018, the Court issued an order to show cause. (Dkt. No. 17.)

On December 28, 2018, Plaintiff filed a response to the Court's order to show cause, apologizing for counsel's failure to comply with the Court's order. (Dkt. No. 18.) On December 30, 2018, Plaintiff e-mailed the required proposed order.

On January 4, 2019, the Court discharged the order to show cause, but ordered Plaintiff to

file the proposed order on the docket, as required by the Court's November 19, 2018 order. (Dkt. No. 19 at 1-2; *see* Dkt. No. 15 at 1 ("if no opposition is filed . . . Plaintiff shall instead **file** a proposed order by the reply deadline") (emphasis added).) The Court also reminded Plaintiff's counsel "of their obligation to comply with all court orders in the future." (Dkt. No. 19 at 2.)

As of the date of this order, Plaintiff has not filed the proposed order on the docket. Accordingly, the Court ORDERS Plaintiff to show cause, by **January 29, 2019**, why Plaintiff should not be sanctioned for repeatedly failing to follow court orders by: (1) filing the proposed order on the docket, and (2) explaining why Plaintiff failed to comply with the January 4, 2019 order. Failure to comply **will** result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: January 23, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge