**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT JOHNSON,**<br>Plaintiff**,**<br>vs.<br>**RK INVESTMENT PROPERTIES, INC.,**<br>Defendant**.** | CASE NO. 18-cv-01132-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 12, 26 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation (Dkt. No. 26 ("Report")) recommending granting in part and denying in part plaintiff's motion for default judgment (Dkt. No. 12 ("Motion")), to which no party filed an objection. The Court has reviewed the Report carefully. The Court notes that the Report reflects some inconsistency in the treatment of plaintiff's October 2018 visit. (*Compare* Report at 6:11-13 *with id.* at 9:15-17.) Upon review, the Court clarifies that the complaint does include allegations regarding barriers in addition to those preventing parking, including lack of knee clearance under the restroom sink and an improper configuration of the toilet stall (Dkt. No. 1 ¶¶ 30, 31, 35), for which the Report recommends granting injunctive relief. (*See* Report at 9.) Plaintiff's October 2018 visit and resulting declaration serves only as additional evidence that these allegations in the complaint remain unremedied. Accepting and incorporating this clarification, the Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. the motion for default judgment is **GRANTED IN PART** and **DENIED IN PART**;

2. Judgment consistent with the Report shall be entered in favor of plaintiff Scott Johnson and against defendant RK Investment Properties, Inc.

\\

The Court hereby **SETS** a compliance hearing for **Friday, May 3, 2019**. By no later than **Friday, April 26, 2019**, plaintiff shall file either: (a) a proposed form of judgment; or (b) a one page statement setting forth an explanation regarding the failure to comply.

This Order terminates Docket Numbers 12 and 26.

**IT IS SO ORDERED.**

Dated: April 11, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**