UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>RK INVESTMENT PROPERTIES, INC.,<br><br>    Defendant. | Case No. 18-cv-01132-YGR (KAW)<br><br>**ORDER GRANTING MOTION FOR JUDGMENT DEBTOR EXAM**<br><br>Re: Dkt. No. 38 |

On April 17, 2019, judgment was entered in favor of Plaintiff Scott Johnson and against Defendant RK Investment Properties, Inc., in the amount of $4,000 in statutory damages, $3,827.50 in attorney's fees, and $630 in costs. (Dkt. No. 32.) On June 26, 2019, Plaintiff filed a motion for a judgment debtor exam for October 15, 2019. (Dkt. No. 36.) The case was then referred to the undersigned. (Dkt. No. 37.)

On July 2, 2019, Plaintiff re-filed his motion for a judgment debtor exam for October 17, 2019. (Dkt. No. 38.) As of the date of this order, Defendant has not filed an opposition. Accordingly, the Court GRANTS Plaintiff's motion, and ORDERS Defendant to appear for a judgment debtor exam on October 17, 2019 at 1:30 p.m. at 1301 Clay Street, Oakland, CA 94612. Defendant shall appear and furnish information to aid in enforcement of the money judgment issued in this case. The parties are advised that they are responsible for hiring a court reporter for the proceeding, and that the district court will not assist them in procuring one.

///

///

///

///

Plaintiff is ordered to serve this order on Defendant, and to file a proof of service within seven days of the date of this order.

IT IS SO ORDERED.

Dated: August 19, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge