CENTER FOR DISABILITY ACCESS
Dennis Price, SBN 279082
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
PHONE: (858) 375-7385
FAX: (888) 422-5191

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, | CASE NUMBER: CV- 4:18-cv-01132-YGR |
| Plaintiff(s) | |
| v. | |
| RK Investment Properties, Inc., | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO: THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 4/17/19 a judgment was entered in the above-entitled action in favor of:

Scott Johnson

as Judgment Creditor and against:

RK Investment Properties, Inc.

as Judgment Debtor, for:

| | | |
|---|---:|---|
| $ | 4,000.00 | Principal, |
| $ | 3,827.50 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 630.00 | Costs, making a total amount of |
| $ | 8,457.50 | **JUDGMENT AS ENTERED** |

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

WRIT OF EXECUTION

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Northern **District of** CALIFORNIA, to wit:

$ 121.55 accrued interest, and
$ 2,025.00 accrued costs, making a total of
$ 2,146.55 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 10,604.05 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 8,457.50 Is due on the judgment as entered and bears interest at 2.44 percent per annum, in the amount of $ 0.56 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 12/5/19

By: *[signature] Clark Pierce*
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
RK Investment Properties, Inc.,
C/o Bobby Newman
3255 MacArthur Boulevard Oakland,
CA 94602
```

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

WRIT OF EXECUTION
CV-23 (6/01)                                                                                                    PAGE 3 OF 3

DocuSign Envelope ID: 87FD90A5-40C9-4ED9-A6B2-F4BC6374A984

**MC-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Center For Disability Access<br>Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road,<br>Suite 200, San Diego, CA 92111<br>TELEPHONE NO.: (858) 375-7385  FAX NO. (Optional): (888) 422-5191<br>E-MAIL ADDRESS (Optional): dennisp@PotterHandy.com<br>ATTORNEY FOR (Name): Scott Johnson, | |

NAME OF COURT: United States District Court of California
STREET ADDRESS: 280 S 1st
MAILING ADDRESS: 280 S 1st
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Northern District

PLAINTIFF/PETITIONER: Scott Johnson,
DEFENDANT/RESPONDENT: RK Investment Properties, Inc.,

**DECLARATION**

CASE NUMBER: 4:18-cv-01132-YGR

1. I am the attorney for Judgment Creditor herein.•

2. Interest is calculated first by taking the judgment amount and multiplying by interest rate to obtain the yearly amount of interest; then dividing that yearly amount by 365 to obtain the daily amount of interest.•

3. The yearly amount of interest in calculated for each full year from the date of entry of judgment. The daily amount of interest is then multiplied by the number of days since the entry of judgment.•

4. Judgment was entered on: 4/17/19

5. Full years from date of entry of judgment: 0

6. Federal Rate of interest : 2.44%

7. The daily amount of interest is: $0.56

8. Total accrued interest: $121.55

9. Days passed after judgment issued: 215

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 12/2/19

Dennis Price
(TYPE OR PRINT NAME)

DocuSigned by: [signature] C1A77C4F14A8466...
(SIGNATURE OF DECLARANT)

[✓] Attorney for [✓] Plaintiff [ ] Petitioner [ ] Defendant
[ ] Respondent [ ] Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]         DECLARATION         Page 1 of 1

DocuSign Envelope ID: 87FD90A5-40C9-4ED9-A6B2-F4BC6374A984

| SHORT TITLE: Johnson v. RK Investment Properties, Inc., | CASE NUMBER: 2:14-cv-00217-JAM-DAD |
|---|---|

10. Attorneys fees are allowed under CCP § 685.040 as the underlying action is entitled to a fee award.

11. I have spent 3 hours of post-judgment work on this matter, including: preparing the abstract, researching, preparing and filing of Writ of Execution, subpoena, proof of service, vacating debtor exam.

12. My billing rate is $450.00 per hour.

13. Total payments made: $0.00.

14. Payments applied to accrued interest: $0

15. Total applied to Sheriff's disbursement fees: $0

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 2

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

DocuSign Envelope ID: 87FD90A5-40C9-4ED9-A6B2-F4BC6374A984

MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road<br>Suite 200, San Diego, CA 92111<br>dennisp@PotterHandy.com<br>TELEPHONE NO.: (858) 375-7385  FAX NO.: (888) 422-5191<br>ATTORNEY FOR (Name): Scott Johnson,<br>NAME OF COURT: US District Court Court, Eastern District of California<br>STREET ADDRESS: 280 S 1st<br>MAILING ADDRESS: 280 S 1st<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Northern District | |

PLAINTIFF: Scott Johnson,

DEFENDANT: RK Investment Properties, Inc.,

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER:<br>4:18-cv-01132-YGR |
|---|---|

1. I claim the following costs after judgment incurred within the last two years (indicate if there are multiple items in any category):

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | 5/22/19 | $ 47.00 |
| b | Recording and indexing abstract of judgment | 11/4/19 | $ 428.00 |
| c | Filing notice of judgment lien on personal property | | $ |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (specify county): | | $ |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | 10/11/19 | $ 200.00 |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | 5/22/19-11/17/19 | $ 1350.00 |
| h | Other: (Statute authorizing cost): | | $ |
| i | Total of claimed costs for current memorandum of costs (add items a-h) | | $ 2025.00 |

2. All previously allowed postjudgment costs: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

3. **Total** of all postjudgment costs (add items 1 and 2): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ 2025.00

4. **Acknowledgment of Credit.** I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $ 0

5. **Declaration of Accrued Interest.** Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $ 121.55

6. I am the ☐ judgment creditor ☐ agent for the judgment creditor ☑ attorney for the judgment creditor.
I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/2/19

Dennis Price
(TYPE OR PRINT NAME) ▶ _DocuSigned by:_ C1A77C4F14A8466...
(SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, *not exceeding $100 in aggregate* and not already allowed by the court, may be included in the writ of execution. *The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution.* (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2011]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure
§ 685.070
www.courts.ca.gov

| | MC-012 |
|---|---|
| SHORT TITLE: Johnson v. RK Investment Properties, Inc., | CASE NUMBER: 4:18-cv-01132-YGR |

## PROOF OF SERVICE
☐ Mail   ☐ Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is *(specify)*:

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b)*:
   a. ☐ **Mail.** I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) ☐ **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) ☐ **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served:
         (b) Address on envelope:

         (c) Date of mailing:
         (d) Place of mailing *(city and state)*:

   b. ☐ **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

.................................................
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)