UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>  v.<br><br>RK INVESTMENT PROPERTIES, INC.,<br><br>   Defendant. | Case No. 18-cv-01132-YGR (KAW)<br><br>**THIRD ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 50 |

On April 21, 2022, the Court granted Plaintiff Scott Johnson's motion for a judgment debtor exam, and set the judgment debtor exam for July 7, 2022 at 1:30 p.m. (Dkt. No. 50.) The Court also ordered Plaintiff "to serve this order on Defendant, and to file a proof of service within seven days of the date of this order." (*Id.* at 2.)

To date, Plaintiff has not filed the proof of service. Accordingly, the Court ORDERS Plaintiff to show cause, by **June 9, 2022**, why the July 7, 2022 judgment debtor exam should not be vacated for failure to provide notice to Defendant by: (1) serving Defendant and filing a proof of service, and (2) explaining why Plaintiff failed to comply with the Court's order. The Court observes that this is the third order to show cause issued in this case. (Dkt. Nos. 17, 20.)

IT IS SO ORDERED.

Dated: June 2, 2022

KANDIS A. WESTMORE
United States Magistrate Judge